AO 102 (01/09) Application for a Tracking Warrant

# UNITED STATES DISTRICT COURT
for the

Western District of Washington

| | |
|---|---|
| In the Matter of the Tracking of<br>*(Identify the person to be tracked or describe*<br>*the object or property to be used for tracking)*<br>A 2018 blue Honda Civic bearing Washington license<br>plate BKM2969, as described in Attachment A-1 | )<br>)<br>)<br>)<br>) |

Case No.   MJ22-258

## APPLICATION FOR A TRACKING WARRANT

I, a federal law enforcement officer or attorney for the government, have reason to believe that the person, property, or object described above has been and likely will continue to be involved in one or more violations of
21  U.S.C §§ ___841 & 846___ . Therefore, in furtherance of a criminal investigation, I request authority to install and

use a tracking device or use the tracking capabilities of the property or object described above to determine location. The application is based on the facts set forth on the attached sheet.

- ☑ The person, property, or object is located in this district.
- ☐ The person, property, or object is not now located in this district, but will be at the time of execution.

- ☐ The activity in this district relates to domestic or international terrorism.
- ☐ Other:

The tracking will likely reveal these bases for the warrant under Fed. R. Crim. P. 41(c): *(check one or more)*

- ☑ evidence of a crime;
- ☑ property designed for use, intended for use, or used in committing a crime;

- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☐ a person to be arrested or a person who is unlawfully restrained.

☑ I further request, for purposes of installing, maintaining or removing the tracking device, authority to enter the following vehicle or private property, or both:
A 2018 blue Honda Civic bearing Washington license plate BKM2969, as described in Attachment A-1

☑ Delayed notice of _90_ days (give exact ending date if more than 30 days: ___09/07/2022___ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Pursuant to Fed. R. Crim. P. 4.1, this warrant is presented: ☑ by reliable electronic means ☐ telephonically recorded.

*Applicant's signature*

Kenneth Richardson, Special Agent

*Applicant's printed name and title*

○ The foregoing affidavit was sworn to before me and signed in my presence, or
◉ The above-named agent provided a sworn statement attesting to the truth of the foregoing affidavit by telephone.

Date: ___06/09/2022___

*Judge's signature*

City and state:  Seattle, Washington

Michelle L. Peterson, United States Magistrate Judge

*Printed name and title*

USAO# 2021R01079

**AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR
VEHICLE TRACKING WARRANT**

STATE OF WASHINGTON          )
                             )          ss
COUNTY OF WHATCOM            )

I, Kenneth Richardson, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1.      I make this affidavit in support of an Application to obtain tracking warrants for the following target vehicles used by ENOC MARTINEZ LOPEZ ("MARTINEZ") and his associate MANUEL GARCIA MUÑOZ, who are being investigated for their involvement in the Martinez drug trafficking organization (collectively "the **Target Vehicles**"):

        a.      **Target Vehicle 3**: a 2018 blue Honda Civic bearing Washington license plate BKM2969 (hereinafter, "**Target Vehicle 3**"). According to the DOL **Target Vehicle 3** is registered to RICARDO GARCIA CRUZ at 1400 N 30th Street, Trailer 2 in Mount Vernon, Washington. Investigators believe that **Target Vehicle 3** is being used by GARCIA MUÑOZ to facilitate drug trafficking activities.

        b.      **Target Vehicle 4**: a 2017 white BMW 540 sedan, bearing Washington temporary tag A5216028 and Vehicle Identification Number WBAJE7C31HG890402 (hereinafter "**Target Vehicle 4**"), registered to "Anjelica Lopez Villesca" at 6225 84th Place Northeast in Marysville, Washington. Investigators believe that **Target Vehicle 4** is being used by MARTINEZ to facilitate drug trafficking activities.

2.      Based on the facts set forth in this affidavit, there is probable cause to believe that violations of Title 21 of the United States Code have been committed, are being committed, and will be committed by MARTINEZ and other members of the MARTINEZ drug trafficking organization. There is also probable cause to believe that

Affidavit of Special Agent Kenneth Richardson
USAO #2021R01079 (Target Vehicles 3/4) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

the **Target Vehicles** are being used in furtherance of these crimes and that the vehicles whereabouts over time will constitute evidence of those criminal violations. Obtaining the information sought in this Affidavit is necessary to further the investigation into these offenses.

## AGENT BACKGROUND

3.      I am a Special Agent with the Drug Enforcement Administration ("DEA"), currently assigned to the Bellingham Resident Office in Bellingham, Washington. I have been employed as a DEA Special Agent since 2009 and am assigned to investigate drug trafficking organizations operating in the Western District of Washington.

4.      My duties and experience as a Special Agent include the enforcement of federal criminal statutes, including statutes related to drug offenses, firearm offenses, money laundering offenses, and other criminal offenses. As a Special Agent of the DEA, I am authorized by law to conduct investigations, execute search warrants, and make arrests for federal felony offenses.

5.      I have completed the DEA Basic Agent Training program at the DEA Academy in Quantico, Virginia. I have participated in numerous narcotics investigations at both the local and federal level, and I have participated in the execution of local and federal search warrants. As a result, I have become familiar with methods of operation of drug traffickers and organizations. As a Special Agent with the DEA, I have the responsibility of working with other federal and state law enforcement officers in investigations of violations of federal and state-controlled substance laws, including the trafficking and distribution of cocaine, methamphetamine, heroin, fentanyl, marijuana, and other dangerous drugs.

## SOURCES OF INFORMATION

6.      I participated in the investigation described in this affidavit since 2021. I obtained the facts set forth in this affidavit through personal participation in the investigation described below, from oral and written reports of other law enforcement officers, from records, documents and other evidence obtained during this investigation,

Affidavit of Special Agent Kenneth Richardson
USAO#2021R01079 (Target Vehicles 3/4) - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

and from confidential sources and sources of information who are associated with, and knowledgeable about, the subjects of this investigation and their confederates. I have obtained and read official reports prepared by various law enforcement officers participating in this investigation and in the other related investigations by agencies referenced in this affidavit.

7.     When this affidavit refers to vehicle ownership, either I or other agents[1] involved in the investigation reviewed the relevant state vehicle records from the DOL. Similarly, when this affidavit refers to identification documents, either I or other agents involved in the investigation reviewed the relevant driver's license or similar records maintained by DOL. When this affidavit refers to the criminal history of a subject, either I or other agents involved in the investigation reviewed the available criminal history from state or federal agencies. When this affidavit refers to telephone subscription records, either I or other agents involved in the investigation reviewed the subscriber records obtained from the telephone company by administrative subpoena or court order, or I obtained the information from other law enforcement officers familiar with this investigation.  When this affidavit refers to beliefs or conclusions of investigators, these beliefs and conclusions are based on the collective training and experience of the agents involved in this investigation.

8.     Since this affidavit is submitted for the limited purpose of securing authorization for search warrants on the Target Vehicles, I have not included every fact known concerning this investigation.  I have set forth the facts that I believe are necessary for a fair determination of probable cause for the requested search warrants.

///

///

---

[1] When I use the term "agents" or "investigators" throughout the affidavit, I am referring to law enforcement personnel, including, but not limited to DEA and HSI agents and task force officers, Skagit County Sheriff's Office Deputies, members of the Skagit County Interlocal Drug Enforcement Unit, as well as personnel associated with those and other state and federal law enforcement agencies.

Affidavit of Special Agent Kenneth Richardson
USAO#2021R01079 (Target Vehicles 3/4) - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## SUMMARY OF PROBABLE CAUSE

9.      As explained further below, the United States, including the DEA, is conducting a criminal investigation regarding possible violations of 21 U.S.C. 841, 846 in Skagit County, Whatcom County and elsewhere. During the investigation, investigators identified MARTINEZ as a primary source of supply of cocaine. Investigators have surveilled **Target Vehicle 3**, driven by GARCIA MUÑOZ, and **Target Vehicle 4**, driven by MARTINEZ, and seen both MARTINEZ and GARCIA MUÑOZ engage in behavior consistent with drug trafficking while using the **Target Vehicles**. During the course of the investigation, law enforcement officers in California stopped one of MARTINEZ's other vehicles, a Toyota Tacoma (Target Vehicle 1), and recovered three pounds of cocaine. By tracking other Target Vehicles in this investigation, law enforcement has been able to identify patterns of travel, likely locations where drug sales are occurring, and has identified other drug dealers who appear to be connected to the MARTINEZ organization. Investigators previously obtained a tracking warrant for **Target Vehicle 3** but were then unable to locate it within the allocated timeframe for installation. Recently, investigators saw that MARTINEZ had stopped using a black BMW (Target Vehicle 2) and began using **Target Vehicle 4** instead. This is the second tracking warrant application for **Target Vehicle 3** and the first for **Target Vehicle 4**.

## PROBABLE CAUSE

### *Training and Experience Regarding Drug Trafficking Organization*

10.      I have interviewed numerous drug dealers, drug users, and knowledgeable confidential sources about the lifestyles, appearances, and habits of drug dealers and users. I have become familiar with the manner in which narcotics traffickers smuggle, package, transport, store, and distribute narcotics, as well as how they collect, conceal, and launder drug proceeds. I am also familiar with the manner in which narcotics traffickers use telephones, cellular telephone technology, internet, telephonic and computer applications, coded communications, slang-filled conversations, false and fictitious identities, and other means to facilitate their illegal activities and mislead law

Affidavit of Special Agent Kenneth Richardson
USAO#2021R01079 (Target Vehicles 3/4) - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

enforcement investigations. I have observed and have had discussions with other law enforcement personnel about the packaging and preparation of narcotics, the methods of illegal narcotics traffickers, and the security measures that narcotics traffickers often employ. I have examined narcotics customers' supplier lists, pay/owe ledgers maintained by traffickers, and other documentation related to narcotics trafficking. I have also examined documentation of various methods by which cocaine, methamphetamine, heroin, fentanyl, marijuana, and other illicit drugs are smuggled, transported, and distributed. I have participated in numerous hours of surveillance of narcotics traffickers. During surveillance, I have personally observed narcotics transactions, counter surveillance techniques, and the ways in which narcotics traffickers conduct clandestine meetings. Acting in an undercover capacity, I have acquired dangerous drugs from drug traffickers and learned about methods in thwarting law enforcement officers while trafficking drugs. I have participated in numerous investigations involving the interception of wire and electronic communications. I have been involved with the review and decoding of veiled intercepted conversations between narcotics traffickers that were subsequently substantiated. Throughout my career in law enforcement, I have received training from, worked with, spoken with, and gleaned knowledge from several experienced federal, state, local, and international narcotics officers concerning the use of cell phones and mobile applications by drug traffickers to facilitate drug trafficking. Based on that training and experience, and my communication with other law enforcement officers, I know the following:

a. Drug trafficking conspiracies usually take place over several months or years, and continue to operate even when enforcement activity results in arrests and/or seizures of drugs and/or money;

b. Persons involved in the distribution of controlled substances typically will obtain and distribute drugs on a regular basis, much as a distributor of a legal commodity would purchase stock for sale. Similarly, such drug dealers will

maintain an inventory which may fluctuate in size depending on the demand for and available supply of the product.

c.     Those involved in the distribution of illicit drugs often travel by car in connection with their illegal activities in order to meet with coconspirators, conduct drug transactions, or to transport drugs or drug proceeds.

*SCIDEU Begins Investigating the MARTINEZ DTO*

11.     Investigators from the Skagit County Interlocal Drug Enforcement Unit ("SCIDEU") began investigating the MARTINEZ Drug Trafficking Organization in early 2021. Skagit County detectives learned that MARTINEZ is a source of supply for kilogram-quantities of cocaine throughout northwestern Washington. As detectives conducted surveillance, they learned that MARTINEZ was connected with known mid-level cocaine traffickers. By mid-2021, detectives concluded that MARTINEZ was associated with approximately 15 known drug traffickers. Throughout their investigation, SCIDEU has been using a variety of investigative processes to identify members and associates of the MARTINEZ Organization to track their movements, to locate possible locations of stash houses, and to otherwise further this investigation. Most relevant to this application, SCIDEU obtained vehicle trackers for a Toyota Tacoma bearing Washington License Plate C88437V ("the Tacoma" and/or "Target Vehicle 1") and a black BMW bearing Washington License Plate CAK1127 ("the black BMW" and/or "Target Vehicle 2"), and by monitoring the vehicles' movements were able to begin to identify individuals who appeared to be supplied with drugs by the MARTINEZ organization. In addition to the SCIDEU tracking warrants, DEA has also obtained federal tracking warrants for Target Vehicles 1 and 2. They obtained a federal tracking warrant for **Target Vehicle 3** but were unable to install the tracker.

*Cocaine Recovered from Target Vehicle 1 during Traffic Stop in California*

12.     During summer of 2021, Skagit detectives installed a court-authorized GPS tracker on the Tacoma. During surveillance, detectives saw MARTINEZ driving to addresses of known drug traffickers. In August 2021, detectives were alerted that the

Tacoma had travelled south to California. Detectives believed that MARTINEZ arranged for another person to drive the Tacoma to pick up drugs or to drop off money in California. The Tacoma traveled to the El Monte area of Los Angeles before beginning to drive northbound. Law enforcement officers from Manteca, California, at the request of Homeland Security Investigations ("HSI"), stopped the Tacoma in Manteca. The driver of the Tacoma provided a false identity, though officers later learned through fingerprint records that the driver was SANTIAGO ROBLES TEJADA. A narcotics K9 was on scene and alerted to the presence of a controlled substance in the Tacoma. Officers searched the Tacoma and located and seized approximately three pounds of cocaine that was vacuumed-sealed and wrapped in duct tape and layers of grease and plastic. The Manteca officers also conducted a search warrant on ROBLES TEJADA'S cell phone. Investigators found Spanish language text messages indicating that ROBLES TEJADA was in contact with phone number 360-488-6007. Subscriber records from T-Mobile indicated that, at the time of the text messages, phone number 360-488-6007 was subscribed to ENOC MARTINEZ at 1628 N 26th Street, Apartment 205, in Mount Vernon, Washington. In addition, ROBLES TEJADA was also texting a contact listed as "QUINTERO" on phone number 206-880-8763. The two had numerous text messages appearing to use coded language to discuss drug quantity and pricing. After the traffic stop, detectives learned that the registered owner of the Tacoma, Anjelica VILLESCA LOPEZ, wife of MARTINEZ, retrieved the Tacoma from Manteca police. Shortly thereafter, detectives saw the Tacoma parked in the Skagit Valley College public parking lot directly across the street from the apartment where MARTINEZ was living. Not long after, MARTINEZ began to drive the Tacoma and resumed his regular meetings with known drug traffickers. Skagit County detectives again requested GPS tracking warrants to monitor this vehicle and other vehicles operated by MARTINEZ.

///

///

Affidavit of Special Agent Kenneth Richardson
USAO#2021R01079 (Target Vehicles 3/4) - 7

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

*CS-2 Identifies MARTINEZ with the Tacoma at a House with Large Quantities of Drugs*

13.    In December 2021, agents interviewed a cooperating source ("CS-2")[2] regarding drug trafficking activities of an individual named MARC OREIRO ("OREIRO"). CS-2 informed agents that he/she saw a Hispanic male at OREIRO's house on or about November 27, 2021. Agents showed CS-2 a DOL photograph of MARTINEZ and a picture of the Tacoma. After reviewing the photographs, CS-2 confirmed that the Tacoma and MARTINEZ were the individual and vehicle the CS had seen at OREIRO's house. Agents reviewed the tracker information for the Tacoma and confirmed the Tacoma had previously visited OREIRO's residence on multiple occasions in the fall of 2021, including on November 27. CS-2 also stated that while at OREIRO's house on November 27, he/she observed what appeared to be three gallon-sized zippered bags of crystal methamphetamine, three smaller ounce-size bags of cocaine, and several bags of pills.

*During Surveillance, Agents See MARTINEZ in the Tacoma Engaging in Behavior Consistent with Drug Dealing*

14.    On January 12, 2022, while conducting surveillance of the Tacoma, agents watched the Tacoma arrive and briefly park behind a white Subaru station wagon. The driver of the Subaru, later identified as RYAN TOLLIVER, walked to the passenger side of the Tacoma, retrieved something from inside the cab, and walked back to the Subaru. The Tacoma left the parking lot and went back to MARTINEZ's apartment. On the next day, January 13, agents were again positioned in the same parking area. The Subaru again arrived and parked in the lot, with the driver remaining inside the vehicle. Shortly thereafter, the Tacoma arrived and briefly parked behind the same white Subaru station wagon. This time, agents could see inside the cab of the Tacoma and noted that

---

[2] CS-2 began working for the law enforcement in October 2021 and continues to work to this day. CS-2 is working in exchange for money. CS-2 has provided credible and reliable information that has been subsequently corroborated by law enforcement. CS-2 has convictions for misdemeanor DUI (1996); misdemeanor domestic violence (1998); felony burglary (1998); felony theft (2000); misdemeanor theft (2007).

MARTINEZ was driving. TOLLIVER walked from his Subaru to the passenger side of the Tacoma and retrieved something from the passenger seat while MARTINEZ remained at the driver's side. TOLLIVER put that item in his left front pocket and returned to his Subaru. The Tacoma returned to park in front of MARTINEZ's apartment. HSI agents watched as MARTINEZ left the Tacoma and walked up the stairs towards his apartment. These short meetings between MARTINEZ and TOLLIVER are consistent with meeting to transfer controlled substances in public areas.

15.     On January 29, 2022, agents were again conducting surveillance of the MARTINEZ. Agents followed MARTINEZ to the residence of an individual named FERNANDO ESPINOZA. A confidential source (CS-1)[3] had previously told law enforcement that MARTINEZ and ESPINOZA were associates and frequently visited each other's residences. When MARTINEZ left ESPINOZA's house, agents loosely followed the Tacoma, but remained several minutes behind in an attempt to avoid counter-surveillance. Agents eventually found the Tacoma at a parking spot of a Chevron gas station at 2323 E Section in Mount Vernon. Agents noted that the Tacoma appeared to be idling with two persons inside the vehicle: a driver (believed to be MARTINEZ) and another person in the passenger side. Shortly thereafter, a young person wearing a red hoodie sweatshirt exited the passenger door of the Tacoma and entered the passenger side of a gray Kia compact sedan, and shortly thereafter the Kia left the Chevron with the person in the red hoodie as a passenger. MARTINEZ then drove to a Skagit County landfill and recycling station, to other businesses, and then returned to ESPINOZA's residence. The short duration of the unknown person entering the Tacoma's passenger side and then exiting and leaving the lot without any of the parties going into one of the

---

[3] CS-1 began working with Skagit County in mid-2020 and continues to work to this day. CS-1 is a self-admitted drug user and former drug dealer who is working in exchange for consideration related to uncharged conduct involving drug distribution. CS-1 has provided credible and reliable information that has been subsequently corroborated by law enforcement in this and other investigations. CS-1 has no criminal history

Affidavit of Special Agent Kenneth Richardson
USAO#2021R01079 (Target Vehicles 3/4) - 9

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

businesses at the Chevron's convenience store center is consistent with meeting to transfer controlled substances in public areas.

*Agents See the BMW Drive to the Residence of a Known Cocaine and Methamphetamine Dealer in Bellingham*

16.     On January 12, 2022, agents observed the BMW parked in the driving lane directly in front of the stairwell leading to MARTINEZ's apartment at 1628 North 26th Street in Mount Vernon. Later that morning, agents observed the BMW travelling to a mobile home park at 1400 North 30th Street in Mount Vernon. Agents followed the BMW from the mobile home park back to the public parking area at Skagit Valley College, parking next to the Tacoma, and noted that the BMW was now occupied by multiple people, including a front passenger wearing a baseball cap. As explained in paragraph 17 below, agents later identified the passenger with the baseball cap as MANUEL GARCIA MUÑOZ. From there, the BMW left the parking lot and the Tacoma went to MARTINEZ's apartment building. Agents believed that MARTINEZ had driven the BMW to the mobile home park, picked up GARCIA MUÑOZ, then drove back to the public parking lot. MARTINEZ then drove the Tacoma to his apartment GARCIA MUÑOZ, driving the BMW, began to engage in movement patterns consistent with the delivery of controlled substances. From there, agents watched the BMW as it drove around Mount Vernon and then drove approximately 30 miles north to the Morning Glory Motel at 3750 Meridian Street in Bellingham, Washington. The BMW parked on the west-side of the parking lot. Agents know that an individual named ROBERT MAINE ABELL has lived at the Morning Glory Motel at various times throughout 2021 and 2022. ABELL is an individual known by law enforcement to sell cocaine and methamphetamine.[4] No agents were able to observe the occupants of the BMW meeting

---

[4] In June 2021 investigators conducting surveillance on MARTINEZ and saw him drive the Tacoma to a Best Western in Bellingham. He entered the hotel carrying a bag and left shortly thereafter, driving away in the Tacoma. Also shortly thereafter, investigators saw ABELL leave the hotel. Investigators then executed a search warrant at ABELL's hotel room and recovered approximately 2 ounces of cocaine and just under one pound of methamphetamine along with distribution paraphernalia.

with anyone from the Morning Glory Motel, however, shortly thereafter the BMW departed the Morning Glory Hotel and drove approximately 30 miles south back to Mount Vernon. Detectives were positioned in Mount Vernon and captured a photograph of the driver, described as a Hispanic male adult wearing a baseball cap.

*The BMW Drives to the Residence of a Known Drug Trafficker*

17.    On January 25, 2022, agents established surveillance of the BMW and followed it to a rural area on the Lummi Reservation. At that time, agents knew that the BMW had previously visited an address associated with an individual named RAYMOND RIDLEY near 3655 Lummi Shore Drive in Bellingham. Agents followed the BMW until it was near the entrance of 3655 Lummi Shore Drive, at which time they were unable to continue following the BMW without alerting the driver of the BMW or RIDLEY of their presence. Agents notified the Lummi Police Department about the vehicle arriving at RIDLEY's residence. At that time, Lummi Police Department officers were conducting routine speed checks on Lummi Shore Drive. Shortly after being notified of the BMW's arrival near RIDLEY's property, officers saw the BMW driving northbound along Lummi Shore Drive, measured the speed of the BMW, and determined that it was speeding. Lummi PD officers stopped the BMW and the driver provided a Washington State driver's license bearing the name MANUEL GARCIA MUÑOZ and the address 1400 N 30th Street, Trailer 2, in Mount Vernon. This is the same mobile home park where MARTINEZ picked up an unknown male to later drive the BMW on January 12, 2022. Agents compared GARCIA MUÑOZ's driver's license photograph and the body camera screenshot of the driver of the BMW and determined this was the same person with the baseball hat who Skagit detectives photographed driving the BMW on January 12, 2022, after it went to the Morning Glory Motel.

18.    On January 27, 2022, agents again conducted surveillance of the BMW. This time, agents utilized aerial observation in conjunction with ground surveillance. Agents followed the BMW to 3655 Lummi Shore Drive in Bellingham, where aerial observation captured video of the driver of the BMW retrieving something from the trunk

Affidavit of Special Agent Kenneth Richardson
USAO#2021R01079 (Target Vehicles 3/4) - 11

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

of the BMW and handing that item, what appeared to be a clear plastic bag, to a male adult who then walked back to a trailer which had been previously associated with RIDLEY. Agents continued surveillance of the BMW and saw the driver, who they identified as GARCIA MUÑOZ, briefly meet with several people throughout Whatcom and Skagit Counties before returning to a residential property located at 210 South 18th Street, in Mount Vernon.

*DEA Installs GPS Tracking Devices*

19.    On February 11, 2022, the Honorable S. Kate Vaughan issued a warrant authorizing the installation and use of tracking devices on the Tacoma and the BMW. Pursuant to that warrant, trackers were installed shortly thereafter. On March 25, 2022, the Honorable Brian A. Tsuchida issued a second warrant authorizing the installation and use of tracking devices on both vehicles. On May 9, 2022, the Honorable Michelle L. Peterson issued a third warrant authorizing the installation and use of tracking devices on both vehicles. While monitoring the movement of the vehicles via the tracking device and in-person surveillance, agents confirmed several pieces of information valuable to this investigation:

- Both MARTINEZ and GARCIA MUÑOZ drive the Tacoma;
- GARCIA MUÑOZ continues to drive the Tacoma in patterns consistent with a "runner," that is, someone making quick visits to deliver or pick up drugs or cash;
- That the Tacoma continues to meet with TOLLIVER for short periods of time consistent with delivering or picking up drugs or cash.
- SHELIA ROCHELLE JOHNSON and BREZEDDRIC ANTOWYN JAMERSON, individuals known to be involved in drug distribution in Whatcom County, appear to be connected to the MARTINEZ organization;[5]

---

[5] Shelia JOHNSON has felony drug convictions in Whatcom County in 2005, 2008, and was arrested in 2020 for felony controlled substance homicide. Brezeddric JAMERSON has felony drug convictions in Oregon in 1998, 2002 and in Whatcom County in 2008, 2011, 2014, 2019 and was arrested in 2020 for felony controlled substance homicide.

- MARTINEZ continues to visit OREIRO's residence;
- The BMW visits MICHAEL LAMM, a known drug dealer;[6]
- The BMW engages in counter-surveillance measures;
- The BMW visits the Tulalip Resort Casino, a location at which MARTINEZ has discussed conducting drug sales.

20.     This information was determined based on the following information, which was gained via the GPS tracking device as well as in-person surveillance.

*The BMW is Driven by GARCIA MUÑOZ, Meets with TOLLIVER, Meets with Other Known Drug Dealers*

a.     On February 16, 2022, agents saw the BMW, believed to be driven by GARCIA MUÑOZ, depart GARCIA MUÑOZ's residence on 18th Street in Mount Vernon. Investigators followed the BMW to the corner of North 26th Street and Kulshan Avenue, a location where MARTINEZ had previously met with TOLLIVER. They saw an unknown male standing next to the front passenger door of the BMW and stay for a short time before leaving and getting into the front passenger side of a Volkswagen compact sedan bearing Washington license plate BBT1251 ("the Volkswagen"). Agents followed the Volkswagen, took photographs of the vehicle occupants, and after reviewing the photos, determined that the passenger who briefly met with the driver of the BMW was TOLLIVER. Later, on February 23, 2022, agents observed the Volkswagen parked next to TOLLIVER's Subaru at TOLLIVER's residence in Bellingham.

b.     On February 16, 2022, agents saw the BMW arrive at GARCIA MUÑOZ's residence on 18th Street. Shortly thereafter, a white Cadillac sedan with no license plate arrived and parked at the residence. Agents had previously seen a white Cadillac sedan with no license plate at the residence of SHELIA ROCHELLE JOHNSON and BREZEDDRIC ANTOWYN JAMERSON on Oregon Place in Bellingham. JOHNSON and JAMERSON are known drug traffickers. Later in February 2022, the

---

[6] Michael LAMM has felony drug convictions in Oregon in 2005 and in Whatcom County in 2015.

Affidavit of Special Agent Kenneth Richardson
USAO#2021R01079 (Target Vehicles 3/4) - 13

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  sedan with no license plate and determined that the vehicle was stolen. During a
2  subsequent inventory search, LPD found small amounts of cocaine.

3       c.      On or about March 6, 2022, MARTINEZ was released from the
4  Skagit County Community Justice Center, where he had been in custody on a charge of
5  driving under the influence. Throughout March 2022, the BMW was parked both at
6  MARTINEZ' residence and at the residence of GARCIA MUÑOZ, among other
7  locations.

8       d.      On or about March 20th at approximately 2:00 a.m., the BMW drove
9  27 miles to a convenience store in Bellingham located less than one mile from
10 TOLLIVER's residence. Due to the time of day and the numerous other convenience
11 stores between MARTINEZ's residence in Mount Vernon and Bellingham, agents
12 believe this travel was likely a delivery or pickup of drugs or money.

13 *The Tacoma Returns to OREIRO's Residence; Visits a Known Drug Dealer; Engages in*
14 *Counter-Surveillance Measures; Visits the Tulalip Resort Casino; Driven during a Sale*
15 *of 1,000 M30 Pills*

16      e.      In the evening of March 9, 2022, the Tacoma drove to OREIRO's
17 residence on Robertson Road in Bellingham, where CS-2 had previously seen
18 MARTINEZ in the Tacoma with methamphetamine, cocaine, and pills.

19      f.      On March 14, 2022, the Tacoma drove from MARTINEZ's
20 residence to a rural residence on Guide Meridian Road in Lynden, Washington. Agents
21 established surveillance in the vicinity and saw the Tacoma driving southbound on Guide
22 Meridian Road into Bellingham until it parked at the Bellis Inn located at 3710 Meridian
23 Street in Bellingham. Agents saw MARTINEZ walk from the Tacoma into the Bellis Inn,
24 which is located next door to the Morning Glory Motel to which the Tacoma had driven
25 in January. Agents believe that MICHAEL LAMM lives at the Bellis Inn. Agents know
26 from reviewing Pen Register Trap and Trace data that both MARTINEZ and GARCIA
27 MUÑOZ are in communication with LAMM. LAMM is known by law enforcement in
28 Whatcom County to be a drug dealer who sells multiple types of drugs.

Affidavit of Special Agent Kenneth Richardson
USAO#2021R01079 (Target Vehicles 3/4) - 14

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  g.   When MARTINEZ left the Bellis Inn he drove one block to a dental
2 clinic, got out of the Tacoma, walked toward the dental clinic, stopped at the front door,
3 turn around, returned to the Tacoma and drove away. Agents believe that MARTINEZ
4 was conducting counter-surveillance measures in an attempt to detect the presence of law
5 enforcement.

6  h.   Later that same day, the Tacoma drove to the Tulalip Resort Casino
7 on the Tulalip Reservation. Agents know that this is a common location for people to
8 meet and sell drugs, and that MARTINEZ has appeared to have conducted a drug
9 transaction there in the past. On or around October 24, 2021, user "highlife.1993" on
10 Snapchat, a mobile messaging application, sent a message to an account believed to be
11 used by MARTINEZ that said, "He said he'd go to the Tulalip Casino to meet you if you
12 want … for 2000 of 'em," likely discussing the sale of 2,000 fentanyl-laced pills. Agents
13 reviewed GPS tracking data from a tracking device installed on the Tacoma pursuant to a
14 state warrant and saw that the Tacoma had gone to the Tulalip Resort Casino a few days
15 after the Snapchat communication, on or about October 27, 2021.

16  i.   In the early hours of March 16, 2022, GPS tracking data indicated
17 that the Tacoma drove back to OREIRO's residence on Robertson Road in Bellingham.

18  j.   On April 18, 2022, investigators saw an individual who would later
19 agree to work with law enforcement ("CS-3") [7] meet with MARTINEZ at the Silver Reef
20 Casino in Ferndale, Washington. Investigators saw CS-3 and MARTINEZ travel to a gas
21 station in the Tacoma and return to the Silver Reef Casino; MARTINEZ then dropped off
22 CS-3 and left the area. Investigators maintained constant surveillance of CS-3 until CS-3
23 was arrested later that day with approximately 1,000 pills M30 pills, a loaded firearm,
24 and small quantities of suspected powdered fentanyl, suspected heroin and suspected
25 cocaine. CS-3 told law enforcement that he/she obtained the pills from an individual,

26

27

28
[7] CS-3 has prior felony convictions for a controlled substance violations, residential burglary, and taking a motor vehicle without permission. CS-3 is working in exchange for charges related to the April 18 arrest not being filed.

known to CS-3 as "V," earlier in the day, whom CS-3 met at the casino. CS-3 stated that "V's" phone number was stored in CS-3's phone under the contact name "Mex Man," and when law enforcement searched CS-3's phone they saw that the number is one known to be used by MARTINEZ. CS-3 stated that MARTINEZ had access to kilogram quantities of pills, pound quantities of methamphetamine, and multiple ounce quantities of cocaine.

k.      Beginning on or about April 22, 2022, tracking data showed that the Tacoma had been regularly going to and on one occasion stayed overnight at an address believed to be associated with family members of LOPEZ VILLESCA: 6225 84th Place Northeast in Marysville, as well as at a townhome located at FF105 Gregory's Landing Lane in Marysville. The tracking data also indicated that the black BMW also went to and stayed overnight at the aforementioned address beginning on or about April 30, 2022. Agents continued tracking the vehicles and saw that, in early May 2022, vehicles regularly controlled by MARTINEZ-LOPEZ no longer parked at the Skagit Valley College parking lot or at his former residence at 1628 North 26th Street in Mt. Vernon.

*GARCIA MUÑOZ Uses **Target Vehicle 3***

21.      Once MARTINEZ was released from the Skagit Valley Community Justice Center and appeared to reclaim use of both the Tacoma and the BMW; investigators conducting surveillance of GARCIA MUÑOZ began to see him frequently driving **Target Vehicle 3**, including the following occasions:

a.      On March 30, 2022, investigators saw GARCIA MUÑOZ drive **Target Vehicle 3** and meet with MARTINEZ, who drove the BMW, at a taqueria. After, both vehicles drove to MARTINEZ's 26th Street apartment, where both GARCIA MUÑOZ and MARTINEZ walked up the stairs leading to MARTINEZ's apartment. After, GARCIA MUÑOZ descended the stairs with a blue backpack with white spots and drove **Target Vehicle 3** across the street to the Skagit Valley College parking lot. MARTINEZ then drove the BMW to the parking lot and met GARCIA MUÑOZ there near where the Tacoma was parked.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

b.      On April 4, 2022, investigators saw GARCIA MUÑOZ walk from his house on 18th Street to **Target Vehicle 3** and retrieve a blue backpack with white spots from the rear hatch area of the car before returning to his house. After comparing surveillance photographs, agents believe this is the same bag that GARCIA MUÑOZ carried out of MARTINEZ's apartment on March 30th. An hour later, GARCIA MUÑOZ walked to the Tacoma carrying the same blue backpack with white spots, moved the Tacoma to the right side of the driveway, got into **Target Vehicle 3** (without the blue backpack), then drove away in **Target Vehicle 3**.

c.      On April 5, 2022, investigators saw GARCIA MUÑOZ arrive at his house on 18th Street in **Target Vehicle 3**. He walked to and entered the house. Almost an hour later, GARCIA MUÑOZ walked from the residence to **Target Vehicle 3**, retrieved the blue backpack from the rear hatch area and returned to the house.

22.    On May 9, 2022, the Honorable Michelle L. Peterson issued a warrant authorizing the installation and monitoring of a tracking device on **Target Vehicle 3**. In the days following, DEA attempted to locate the vehicle but were unable to do so.

*MARTINEZ Appears to Stop Using Target Vehicle 2 and Begins Using* **Target Vehicle 4**

23.    On May 16, 2022, agents saw four vehicles parked in the driveway of a residence at 6225 84th Place Northeast in Marysville. When MARTINEZ's vehicles ceased being parked near the North 26th Street apartment building in Mt. Vernon, investigators began to see them more frequently at the 84th Place address in Marysville, indicating that perhaps MARTINEZ had moved there. The four vehicles seen on May 16 included the Tacoma, the black BMW, a black Lexus bearing Washington license plate BSU8484 and registered to MARTINEZ, and **Target Vehicle 4**.

24.    On May 17, 2022, agents again observed the Lexus (BSU8484), the Tacoma, and **Target Vehicle 4** parked in the 84th Place driveway. They saw MARTINEZ walk from the front door of the residence to his Tacoma, retrieve something from the front passenger seat and then walk to the rear passenger door of **Target Vehicle 4** before returning to the residence. A short time later, MARTINEZ got into **Target**

Affidavit of Special Agent Kenneth Richardson
USAO#2021R01079 (Target Vehicles 3/4) - 17

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Vehicle 4** and drove to the Gregory's Landing townhome, retrieved three to four shoeboxes from the trunk of **Target Vehicle 4**, and carried them to the front door area of the townhome before returning to **Target Vehicle 4** and driving away. Agents followed MARTINEZ to the roadway directly in front of his former apartment at 1628 N 16th Street, remained at a distance due to MARTINEZ's history of counter-surveillance efforts. A short time later, **Target Vehicle 4** drove to a fast-food restaurant on East College Way in Mt. Vernon, then to a residence at 210 S 20th Street in Mt. Vernon, a row of single-level apartments behind a four-car garage. There agents saw a man, approximately 5'10" with a thick build, wearing a black beanie hat, a gray patterned t-shirt, and jeans, walk to, open, and sit inside the passenger front seat of **Target Vehicle 4** and close the door. After a few minutes the man opened the front passenger door and exited the vehicle with his left hand inside of his front pocket. The man then entered the 210 S 20th Street address and **Target Vehicle 4** drove away. Agents **Target Vehicle 4** through town until it departed, driving south bound toward Marysville. Agents believe that MARTINEZ just sold drugs to this unknown man.

*Agents Find **Target Vehicle 3**; See **Target Vehicle 4** Deliver A Shoebox of Cash*

25.     On June 2, 2022, agents conducting surveillance at the Gregory's Landing Lane townhome saw **Target Vehicle 3** arrive at the residence. GARCIA MUÑOZ got out of **Target Vehicle 3**, manually lifted the garage door, stepped inside the garage, and closed the door. A few hours later, agents conducting surveillance at the 84th Place residence saw MARTINEZ get into **Target Vehicle 4**, which was parked at the residence, and drive away. Agents followed **Target Vehicle 4** and saw it arrive at the Gregory's Landing Lane Townhome and MARTINEZ enter the residence carrying a water bottle and a black Nike backpack. About an hour and a half later, MARTINEZ left the residence with a black shoe box with the letters "BOSS" on the side and top, and carrying what appeared to be the same Nike backpack he had earlier. He placed the shoe box on the front passenger seat of **Target Vehicle 4** and the backpack on the rear passenger seat and drove away. Agents followed **Target Vehicle 4** to a grocery store

parking lot, where it parked next to a green Mini Cooper with Washington license plate BXE7471. Agents ultimately identified the driver of the Mini Cooper as ARMANDO PATINO, and the passenger as BRAULIO ANTONIO GARDUNO. MARTINEZ took the "BOSS" shoebox from the front passenger seat of **Target Vehicle 4** and handed it to PATINO before returning to **Target Vehicle 4** and driving away. As the Mini Cooper drove away from the grocery store parking lot, it was stopped by Marysville Police Department Officer Brad Smith at the request of the DEA. Officer Smith's K9 partner Steele, who is trained to detect the presence of narcotics and certified by the State of Washington, walked around the vehicle and alerted to the presence of narcotics. At the request of the DEA, Marysville PD called for a tow and the Mini Cooper was brought to a Marysville PD precinct parking lot where the DEA searched it. As a result of that search, DEA found that the "BOSS" shoebox contained $29,020.00 in cash. They also found and seized two cellular phones and some receipts.

## CONCLUSION

26.     As explained above, previously obtained tracking information has helped law enforcement confirm roles of members of the MARTINEZ organization, confirm patterns of travel and locations where drug sales may be occurring, and identified new individuals associated with the organization. I therefore respectfully submit there is probable cause to believe that MARTINEZ and others are using the **Target Vehicles** in furtherance of drug trafficking, including violations of Title 21 of the United States Code. Installing a tracking device and obtaining real time GPS tracking data on the location of the Target Vehicles is necessary and appropriate to aid the investigation of this drug trafficking organization. This Application is part of an ongoing investigation into the MARTINEZ organization and its associates, both known and unknown. "Real time" GPS data on the Target Vehicles used by MARTINEZ and others would assist investigators in identifying MARTINEZ's associates, their residences, and possibly any stash locations used by MARTINEZ. Investigators would be able to easily locate MARTINEZ in order to conduct surveillance of MARTINEZ, which could lead to identifying other co-

Affidavit of Special Agent Kenneth Richardson
USAO#2021R01079 (Target Vehicles 3/4) - 19

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

conspirators and/or sources of supply. Accordingly, there is probable cause to believe that tracking this vehicle will reveal evidence, fruits, and instrumentalities of Title 21, United States Code, Sections 841, 846, and 843(b).

27.     I respectfully request that the Court issue a warrant authorizing members of the DEA, or their authorized representatives, including but not limited to other law enforcement agents and technicians assisting in the above-described investigation, to install a tracking device in or on the Target Vehicles within the Western District of Washington within 10 days of the issuance of the requested warrant, and to remove said tracking device from the suspect vehicles after the use of tracking devices has ended; to surreptitiously enter the following locations where the Target Vehicles may be parked and/or move the Target Vehicles to effect the installation, repair, replacement, and removal of the tracking device; and to monitor the tracking device, for a period of 45 days following the issuance of the warrant, including when the tracking device is inside private garages and other locations not open to the public or visual surveillance, both within and outside the Western District of Washington, namely:

a.     The driveway or street in front of 6225 84th Place Northeast in Marysville, Washington, a private residence; and

b.     The driveway or street in front of FF105 Gregory's Landing Lane in Marysville, Washington, a private residence.

28.     I further request, pursuant to 18 U.S.C. § 3103a(b) and Federal Rule of Criminal Procedure 41(f)(3), that the Court authorize the officer executing the warrant to delay notice until 90 days after the collection authorized by the warrant has been completed. This delay is justified because there is reasonable cause to believe that providing immediate notification of the warrant may have an adverse result, as defined in 18 U.S.C. § 2705. Providing immediate notice to the person using the Target Vehicles would seriously jeopardize the ongoing investigation, as such a disclosure would give that person an opportunity to destroy evidence, change patterns of behavior, notify confederates, and flee from prosecution. *See* 18 U.S.C. § 3103a(b)(1). There is reasonable

Affidavit of Special Agent Kenneth Richardson
USAO#2021R01079 (Target Vehicles 3/4) - 20

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  necessity for the use of the technique described above, for the reasons set forth above.

2  *See* 18 U.S.C. § 3103a(b)(2). Additionally, if necessary, I may request that the Court,

3  upon a showing of good cause, order a further delay of the time permitted to serve notice,

4  if necessary to protect the safety of any individual, avoid flight or destruction of

5  evidence, and ensure that the investigation is not jeopardized prior to its completion.

6      29.    I further request that the Court authorize execution of the warrant (i.e.,

7  installation, monitoring, and removal) at any time of day or night, owing to the potential

8  need to locate the Target Vehicles outside of daytime hours.

9      30.    I further request that the Court order that all papers in support of this

10  application, including the Affidavit and Tracking Warrant, be sealed until further order of

11  the Court. These documents discuss an ongoing criminal investigation that is neither

12  public nor known to all of the targets of the investigation. Accordingly, there is good

13  cause to seal these documents because their premature disclosure may seriously

14  jeopardize that investigation.

15

16

17  Kenneth Richardson
   Special Agent

18  Drug Enforcement Administration

19

20      The above-named agent provided a sworn statement to the truth of the foregoing

21  affidavit by telephone on the 9th day of June, 2022.

22

23  THE HON. MICHELLE L. PETERSON

24  United States Magistrate Judge

25

26

27

28

Affidavit of Special Agent Kenneth Richardson
USAO#2021R01079 (Target Vehicles 3/4) - 21

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## <u>ATTACHMENT A-1</u>

This warrant shall authorize agents with the Drug Enforcement Administration and other law enforcement agents/officers/technicians working with them, to place an autonomous GPS tracking device on the vehicle described below ("the **Target Vehicle**"):

a.  **Target Vehicle 3**: 2018 blue Honda Civic bearing Washington license plate BKM2969. According to the DOL, the blue Civic is registered to RICARDO GARCIA CRUZ at 1400 N 30th Street, Trailer 2 in Mount Vernon, Washington. Investigators believe that the blue Civic is being used by GARCIA MUÑOZ to facilitate drug trafficking activities.

Agents are authorized to:

a.  install, remove, monitor, repair, or adjust an electronic tracking device on or within the vehicle at any time of the day or night;

b.  if necessary to protect the safety of persons installing, removing, monitoring, repairing, or adjusting the electronic tracking device, or to protect the integrity of the investigation, surreptitiously enter the subject vehicle at any time of the day or night, and move the subject vehicle from one location to another for the purpose of installing, removing, monitoring, repairing, or adjusting the device;

c.  surreptitiously re-enter the subject vehicle at any time of the day or night, for the purpose of installing, removing, monitoring repairing, or adjusting the device;

d.  continuously monitor any and all signals emitted from the device, including when the vehicle enters any structure or private property in which there may be a reasonable expectation of privacy; and

e.  move one or more tracker back and forth between Target Vehicles during the authorized tracking period as surveillance suggests would be most productive, with "execution" of the warrant having been accomplished if at least one tracker is installed on one **Target Vehicles** within ten days of issuance of the warrant.

Attachment A-1 (Target Vehicle 3)
USAO#2021R01079-1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Private Property**

In addition to entering the **Target Vehicle**, Agents may surreptitiously enter all driveways, roadways, parking areas (including any enclosed garage structure), and other places where the **Target Vehicle** may be parked at the following locations, in order to access the above-described vehicle pursuant to the warrant, at any time of the day or night:

      a.     The driveway or street in front of 6225 84th Place Northeast in Marysville, Washington;

      b.     The driveway or street in front of FF105 Gregory's Landing Lane in Marysville, Washington.

This authorization continues in any jurisdiction where the **Target Vehicle** may move for a period not to exceed forty-five (45) days.

Attachment A-1 (Target Vehicle 3)
USAO#2021R01079-2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970